Sidney Lyon, appellee, v. American Acceptance Corporation, appellant. Gen. No. 35,262.

Opinion filed January 20, 1932.

Short, Rothbart, Willner & Lewis, for appellant; Julius M. Rosenfield and John R. Ryan, of counsel. Sidney Lyon, *pro se.*

Mr. Justice Wilson delivered the opinion of the court.

W. L. Knebel, appellant, v. Oliver P. Bartlett, appellee. Gen. No. 35,285.

Opinion filed January 20, 1932.

Teller, Levit, Silvertrust & Levi, for appellant. John A. Sheean, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Peter Branson and Petronela Branson, defendants in error, v. August Pocius and Anele Pocius, plaintiffs in error. Gen. No. 35,294.

Opinion filed January 20, 1932. Rehearing denied February 1, 1932.

Samuel J. Andalman, for plaintiffs in error. Schuyler, Dunbar & Weinfeld and Julius P. Waitches, for defendant in error; Henry E. Jacobs, Ben Aronin and George W. D. Lederer, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Margaret Galvin, defendant in error, v. James J. Galvin, plaintiff in error. Gen. No. 35,342.

Opinion filed January 20, 1932.

Theodore P. Nutt, for plaintiff in error. Brown, Fox & Blumberg, for defendant in error; Jacob Logan Fox, of counsel.

Mr. Justice Wilson delivered the opinion of the court.